**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALLAN DELL SHARBUTT,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-26-1900-G** |
| **DAVID ROGERS, OKDOC Warden, et al.,** | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

Plaintiff Allan Dell Sharbutt filed this civil action on July 24, 2026. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Suzanne Mitchell for preliminary review.

Judge Mitchell issued a Report and Recommendation recommending that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 4) be denied. *See* R. & R. (Doc. No. 11) at 1-3. In the Report and Recommendation, Judge Mitchell advised Plaintiff of his right to object by September 15, 2026. *See id.* at 2-3. Judge Mitchell further advised that failure to timely object would constitute a waiver of the right to appellate review of the Report and Recommendation's factual findings and legal conclusions. *See id.*

Plaintiff did not file an objection to the Report and Recommendation or request additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 11) is ADOPTED in its entirety.

Plaintiff's Motion for Temporary Restraining Order (Doc. No. 4) is DENIED.

IT IS SO ORDERED this 3rd day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge